IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEWELL BARBER,

    Petitioner,                   No. CIV S-10-0545 DAD P

    vs.

J. D. HARTLEY, Warden,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the California Board of Parole Hearings' 2009 decision finding him unsuitable for parole. Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis.

        Petitioner is currently confined at Avenal State Prison in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: March 16, 2010.

11  _____
    DALE A. DROZD
12  UNITED STATES MAGISTRATE JUDGE

14  DAD:9:kly
    barb0545.109